IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD WEST,<br><br>            Petitioner,<br>   v.<br><br>TOM L. CAREY, Warden,<br><br>           Respondent. | CV F 03-5231 AWI TAG HC<br><br>ORDER REFERRING ACTION TO MAGISTRATE JUDGE AFTER REVERSAL AND REMAND |

     In this action Petitioner challenged his state court conviction pursuant to a petition for writ of habeas corpus brought under 28 U.S.C. § 2254.  The court dismissed this action on the ground that Petitioner failed to file his petition within 28 U.S.C. § 2244(d)'s one year statute of limitations.  On appeal, the Ninth Circuit Court of Appeals found the petition timely, reversed the court's decision, and remanded this action.   Based on the Ninth Circuit's order this action is REFERRED to the Magistrate Judge pursuant to Local Rule 72-302(c)(17) to issue a scheduling order and for all other pre-trial proceedings within the meaning of Local Rule 72-304.

IT IS SO ORDERED.

**Dated:**   **December 5, 2005**                 /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE