UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD EDWARD WEST, | ) | 1:03-cv-05231-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING APPLICATION TO |
| | ) | MODIFY BRIEFING SCHEDULE NUNC PRO |
| | ) | TUNC (Doc. 35) |
| v. | ) | |
| | ) | |
| | ) | |
| TOM L. CAREY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 15, 2005, the Court ordered Respondent to file an Answer by March 20, 2006. (Doc. 32). On March 31, 2006, Respondent filed the instant application for modification of the briefing schedule *nunc pro tunc*, on the grounds that the Answer had not been filed due to an inadvertent calendaring error. (Doc. 35).

GOOD CAUSE appearing therefor, the Court HEREBY ORDERS that Respondent's application for modification of the briefing schedule (Doc. 35), is GRANTED *nunc pro tunc* to March 20, 2006. The briefing schedule set forth in the December 15, 2005 Order is modified to reflect that Respondent must file his Answer on or before April 10, 2006.

IT IS SO ORDERED.

Dated:   **April 3, 2006**                              **/s/ Theresa A. Goldner**
**j6eb3d**                                                    UNITED STATES MAGISTRATE JUDGE