## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD WEST, | ) 1:03-cv-05231-LJO-TAG HC |
| | ) |
| | ) ORDER ADOPTING REPORT AND |
| Petitioner, | ) RECOMMENDATION (Doc. 43) |
| | ) |
| v. | ) ORDER DISMISSING AMENDED PETITION |
| | ) FOR WRIT OF HABEAS CORPUS (Doc. 4) |
| | ) |
| TOM L. CAREY, | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |
| | ) |
| Respondent. | ) |
| | ) |

On February 24, 2003, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1). On April 24, 2003, Petitioner filed an amended petition. (Doc. 4).

On February 23, 2007, the Court attempted to send Petitioner an order regarding the reassignment of the case to U.S. District Judge Lawrence J. O'Neill. (Doc. 41). On March 14, 2007, the mail as returned with the notation, "cannot locate." (Doc. 42). On May 29, 2007, the Court issued a Report and Recommendation to dismiss the amended petition for Petitioner's failure to prosecute the case. (Doc. 43). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date

1 of service of that order. Moreover, the Report and Recommendation was sent to both
2 Petitioner's current address of record as well as to an earlier street address in Turlock, California,
3 that Petitioner had previously sent to the Court. To date, the parties have not filed timely
4 objections to the Report and Recommendation.
5     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
6 a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that
7 the Magistrate Judge's Report and Recommendation is supported by the record and proper
8 analysis.

10     Accordingly, IT IS HEREBY ORDERED that:
11     1.     The Report and Recommendation, filed May 29, 2007 (Doc. 43), is ADOPTED
12            IN FULL;
13     2.     The amended petition for writ of habeas corpus (Doc. 4), is DISMISSED; and
14     3.     The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.
15     This order terminates the action in its entirety.
16 IT IS SO ORDERED.
17 **Dated:   July 2, 2007**                          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE